JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 14-03276 WDK (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **EMMA GARCIA, et al.,** | |
| Defendants. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendants Emma Garcia and Pedro Garcia Valencia, individually and d/b/a La Potranca Bar, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendants, Emma Garcia and Pedro Garcia Valencia, individually and d/b/a La Potranca Bar as follows:

(a)   defendants Emma Garcia and Pedro Garcia Valencia, individually and d/b/a La Potranca Bar, shall pay the plaintiff, J & J Sports Productions, Inc.,

1  $7,700.00 in total damages plus attorneys' fees in the amount of $970.00 plus
2  costs.

4      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
5  mail or by telefax or by email, copies of this Judgment on counsel for the
6  defendant, or the pro se defendants in this matter.

9  Dated: April 23, 2015

    _____
    William Keller
    United States District Judge